UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LIBERTY INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 24-128-DCR |
| V. | ) ) | |
| JACK A. STRUNK, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Report and Recommendation entered by United States Magistrate Judge Edward B. Atkins regarding the total amount of contract damages due and owing to Plaintiff Liberty Insurance Company by Defendant Jack Strunk. [Record No. 35]  The Report and Recommendation was filed on July 25, 2025.  However, no response has been made by Defendant Struck within the time permitted.

Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of United States Magistrate Judge Edward B. Atkins [Record No. 35] is **ADOPTED** and **INCORPORATED** here by reference. A separate Judgment will be entered forthwith.

Dated:  August 11, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky